No. D–1483. IN RE DISBARMENT OF MORIN. Disbarment entered. [For earlier order herein, see *ante*, p. 1039.]

No. D–1484. IN RE DISBARMENT OF ALTSCHUL. Disbarment entered. [For earlier order herein, see *ante*, p. 1055.]

No. D–1505. IN RE DISBARMENT OF BEITLER. It is ordered that Roger Beitler, of Sun City, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1510. IN RE DISBARMENT OF WATSON. It is ordered that John E. Watson, of St. Petersburg, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1511. IN RE DISBARMENT OF ZELTZER. It is ordered that J. Jerry Zeltzer, of Miami Beach, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1512. IN RE DISBARMENT OF PELS. It is ordered that Kenneth Anthony Pels, of Washington, D. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1513. IN RE DISBARMENT OF POLANSKY. It is ordered that Stanley Polansky, of Babylon, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1514. IN RE DISBARMENT OF MAZER. It is ordered that Lawrence Mazer, of Philadelphia, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.